IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUANE REED MOORE, SR.,

       Plaintiff,                       No. CIV S-06-2187 FCD EFB P

    vs.

SUE HUBBARD, Warden, et al.,

       Defendants.           ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an amended complaint. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's October 23, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve his amended complaint.

      So ordered.

Dated: October 29, 2007.

                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE