IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DUANE REED MOORE, SR.,** | Case No.: 2:06-CV-02187 FCD EFB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST F OR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| **SUE HUBBARD, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to file a responsive pleading in this matter was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants have until August 13, 2008, to file a responsive pleading.

Dated: July 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1