IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUANE REED MOORE, SR.,

    Plaintiff,                        No. CIV S-06-2187 FCD EFB P

    vs.

SUE HUBBARD, Warden, et al.,

    Defendant.                    FINDINGS AND RECOMMENDATIONS

_____/

     Plaintiff is a state prisoner proceeding in pro per in this civil rights action brought under 42 U.S.C. § 1983. On April 8, 2008, the court found that plaintiff had stated sufficient charging allegations against defendants Hubbard, Veal, Andreasen, Khoury, Gyaami, Pinkerton, Muller, Wyatt, Marino, and Chambers and informed plaintiff he could proceed against those defendants only or file an amended complaint that also states a claim against defendants Bick, Norris, and/or Williams. The court also informed plaintiff that the court would consider his decision to proceed only as to defendants Hubbard, Veal, Andreasen, Khoury, Gyaami, Pinkerton, Muller, Wyatt, Marino, and Chambers as consent to the dismissal of the other named defendants. On May 6, 2008, plaintiff returned documents for service against defendants Hubbard, Veal, Andreasen, Khoury, Gyaami, Pinkerton, Muller, Wyatt, Marino, and Chambers.

////

1     Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against
2 defendants Bick, Norris, and Williams be dismissed without prejudice.
3     These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated:  October 2, 2008.

    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE